UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KIM GRAVES,

    Plaintiff,

-vs-                              CASE NO.:  5:17-CV-00547-JSM-PRL

HARLEY-DAVIDSON
FINANCIAL SERVICES, INC.,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, Kim Graves, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release or documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Emily Y Rottmann, Esquire, McGuire Woods LLP, 50 N. Laura Street, Ste. 3300, Jacksonville, FL   32202 (erottmann@mcguirewoods.com, clambert@mcguirewoods.com; flservice@mcguirewoods.com).

                                              */s/Frank H. Kerney, III, Esquire*
                                              Frank H. Kerney, III, Esquire
                                              Florida Bar #: 88672
                                              Morgan & Morgan, Tampa, P.A.
                                              One Tampa City Center
                                              201 North Franklin Street, 7th Floor
                                              Tampa, FL 33602
                                              Telephone: (813) 223-5505
                                              Facsimile:  (813) 223-5402
                                              fkerney@forthepeople.com
                                              jkneeland@forthepeople.com
                                              snazario@forthepeople.com
                                              Counsel for Plaintiff