UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KIM GRAVES,

    Plaintiff,

-vs-                                      CASE NO.: 5:17-CV-00547-JSM-PRL

HARLEY-DAVIDSON FINANCIAL
SERVICES, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Kim Graves, and the Defendant, Harley-Davidson Financial Services, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 15th day of February, 2018.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/Emily Y. Rottmann, Esquire* |
| Frank H. Kerney, III, Esquire | Emily Y Rottmann, Esquire |
| Florida Bar #: 88672 | Florida Bar #: 0093154 |
| Morgan & Morgan, Tampa, P.A. | McGuire Woods LLP |
| One Tampa City Center | 50 N. Laura Street, Ste. 3300 |
| 201 North Franklin Street, 7th Floor | Jacksonville, FL 32202 |
| Tampa, FL 33602 | erottmann@mcguirewoods.com |
| Telephone: (813) 223-5505 | clambert@mcguirewoods.com |
| Facsimile: (813) 223-5402 | flservice@mcguirewoods.com |
| fkerney@forthepeople.com | Counsel for Defendant |
| jkneeland@forthepeople.com | |
| snazario@forthepeople.com | |
| Counsel for Plaintiff | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Emily Y Rottmann, Esquire, McGuire Woods LLP, 50 N. Laura Street, Ste. 3300, Jacksonville, FL   32202 (erottmann@mcguirewoods.com, clambert@mcguirewoods.com; flservice@mcguirewoods.com).

>  */s/Frank H. Kerney, III, Esquire*
>  Frank H. Kerney, III, Esquire
>  Counsel for Plaintiff