UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KIM GRAVES,

    Plaintiff,

v.                                  Case No: 5:17-cv-547-Oc-30PRL

HARLEY-DAVIDSON FINANCIAL
SERVICES, INC.,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Dkt. 14). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions, if any, are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 16th day of February, 2018.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record